UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. |
| Plaintiff, | * | |
| v. | * | **SA18CR 596 DAE** |
| | | **INDICTMENT** |
| CRYSTAL WESCOTT (1), | * | [Vio.: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii)—Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Methamphetamine Mixture] |
| REYNALDO ACOSTA-MARTINEZ (2), | | |
| DAISY PAOLA MADIEDO (3), | * | |
| Defendants. | * | |

FILED
AUG 2 2 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. § 846 to violate 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

Beginning on or about July 29, 2018, the exact date unknown to the Grand Jury, and continuing to on or about July 30, 2018, within the Western District of Texas, and elsewhere, the Defendants,

CRYSTAL WESCOTT (1),
REYNALDO ACOSTA-MARTINEZ (2), and
DAISY PAOLA MADIEDO (3),

knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed together and with others known and unknown to the Grand Jury to possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii) and in violation of Title 21, United States Code, Section 846.

A TRUE BILL.

~~[signature redacted]~~
GRAND JURY FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
MICHAEL R. HARDY
Assistant United States Attorney